UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DAWN WEBER,

    Plaintiff,                                                      Case No. 3:22-cv-266

vs.

HARBORCHASE AT BEAVERCREEK, *et al.*,        District Judge Michael J. Newman

    Defendants.

### ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that any of the parties may, upon good cause shown within **forty-five (45) days**, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

    February 25, 2025                                   s/*Michael J. Newman*
                                                                 Hon. Michael J. Newman
                                                                 United States District Judge